# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**SIEMENS FINANCIAL
SERVICES, INC.**

**v.**                                                    **CIVIL NO. 06-1132(DRD)**

**REXVILLE OPEN MRI &
CT CENTER, INC., et al.,
Defendants**

| MOTION | ORDER |
|---|---|
| **Date Filed: 04/12/06**<br>**Docket #16**<br>**[X] Plaintiff**<br>**[X] Defendant**<br>**Title:** Joint Stipulation of Dismissal | **GRANTED**. Parties in this case reached a settlement agreement. Because both plaintiffs, Siemens Financial Services, Inc., and co-defendants, Rexville Open MRI & CT Center, Inc., and Puerto Rico Imaging Diagnostics Imaging, Inc., have appeared and requested dismissal with prejudice, the Court hereby **grants** their request, pursuant to Fed.R.Civ.P. 41(a)(1)(ii). **Judgment** shall be entered accordingly. |

**IT IS SO ORDERED.**
In San Juan, Puerto Rico this 12th day of April 2006.

**S/DANIEL R. DOMINGUEZ**
**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**